This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**ROBERT RICHARDS,**

Petitioner-Appellant,

v.                                                                          **No. 31,593**

**NEW MEXICO DEVELOPMENTAL**
**DISABILITIES PLANNING COUNCIL,**
**OFFICE OF GUARDIANSHIP, CRISTINE**
**MARCHAND, Executive Director, and**
**KAREN COURTNEY-PETERSON,**
**Records Custodian,**

Respondents-Appellees.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Raymond Z. Ortiz, District Judge**

Robert Richards
Santa Fe, NM

Pro se Appellant

Gary K. King, Attorney General
Stephen A. Vigil, Assistant Attorney General
Santa Fe, NM

for Appellees

# MEMORANDUM OPINION

**BUSTAMANTE, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

Affirmed.

**IT IS SO ORDERED.**

_____
**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____
**MICHAEL E. VIGIL, Judge**

_____
**TIMOTHY L. GARCIA, Judge**

2